**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

BRUCE ANTHONY HUNTER,            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )          No. 4:26-cv-00370-SPM
                                 )
CITY OF ST. LOUIS, et al.,       )
                                 )
            Defendants.          )
                                 )

**MEMORANDUM AND ORDER**

This matter is before the Court upon self-represented Plaintiff Bruce Anthony Hunter's Motion to Consolidate Related Actions. (Doc. 9). Because Plaintiff's complaints involve common questions of law and fact, the Court finds that the cases should be consolidated under Federal Rule of Civil Procedure 42 to avoid unnecessary costs and to promote judicial efficiency.

Federal Rule 42(a) provides, in relevant part, "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). Whether to consolidate actions under Rule 42(a) is vested in the court's discretion. *See EEOC v. HBE Corp.*, 135 F.3d 543, 550-51 (8th Cir. 1998). Here, both complaints allege civil rights violations based on common questions of fact against similar Defendants. The Court believes consolidation would serve the interests of justice, avoid unnecessary costs, and promote judicial efficiency. Pursuant to Local Rule 4.03, the cases must be consolidated into this case, the lowest-numbered case.

Within 21 days of the date of this Memorandum and Order, Plaintiff shall file an amended complaint in this consolidated case, and include in his amended complaint all his factual allegations and theories of liability against all Defendants he seeks to sue. Plaintiff is cautioned

that the filing of an amended complaint **completely replaces** the original complaint.   This means that claims that are not re-alleged in the amended complaint will be deemed abandoned.   *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Consolidate Related Actions is **GRANTED**.   (Doc. 9)

**IT IS FURTHER ORDERED** that *Hunter v. St. Louis Metro. Police Dep't. et al.*, No. 4:26-cv-00564-SPM (E.D. Mo. filed Apr. 16, 2026), is consolidated into *Hunter v. City of St. Louis, et al.*, No. 4:26-cv-00370-SPM (E.D. Mo. filed Mar. 12, 2026), for remaining pretrial proceedings and trial.   All future documents shall be filed in *Hunter v. City of St. Louis, et al.*, No. 4:26-cv-00370-SPM, with the case caption set forth above.

**IT IS FURTHER ORDERED** that this Memorandum and Order shall be filed in both the instant action and in *Hunter v. St. Louis Metro. Police Dep't, et al.*, No. 4:26-cv-00564-SPM.

**IT IS FURTHER ORDERED** that Defendant First Student Inc.'s Motion to Strike Plaintiff's Request for Attorney's Fees filed in *Hunter v. St. Louis Metro. Police Dep't, et al.*, No. 4:26-cv-00564-SPM, shall be **DENIED without prejudice** to refiling in this consolidated action. (Doc. 9)

**IT IS FURTHER ORDERED** that the Clerk of Court shall thereafter **ADMINISTRATIVELY CLOSE** the action *Hunter v. St. Louis Metro. Police Dep't, et al.*, No. 4:26-cv-00564-SPM and that the conference currently set for Friday, May 29, 2026, at 10:00 a.m., is **VACATED**.

**IT IS FURTHER ORDERED** that within 21 days of the date of this Memorandum and Order, Plaintiff shall file an amended complaint in this consolidated action that includes all his factual allegations and legal theories against all Defendants he seeks to sue.

**If Plaintiff does not comply with this Memorandum and Order, his case will be dismissed without prejudice and without further notice to him.**

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of May, 2026.