**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

BRUCE HUNTER,                          )
                                       )
        Plaintiff,                 )
                                       )
        v.                         )          No. 4:26-cv-00370-SPM
                                       )
CITY OF ST. LOUIS, et al.,             )
                                       )
        Defendants.                )

## OPINION, MEMORANDUM AND ORDER

Before the Court is self-represented Plaintiff Bruce Hunter's second application to proceed in district court without prepaying fees or costs. For the following reasons, the Court denies the application. If Plaintiff seeks to proceed in this action, he shall pay the $405 filing fee within 21 days of the date of this Order.

Plaintiff's initial application was incomplete in that he did not indicate whether he was employed, the name of his employer, and whether he received several sources of income. Nor did he state the amount of his disability payments or answer questions regarding other assets. *See* Docs. 2 and 6.

His second application is slightly more complete in that he answers that he receives $994 per month in disability income. *See* Doc. 7. But he has not answered whether he is employed; the name of his employer; whether he receives income from a business, profession, or other self-employment; rent payments, interest, or

dividends; pension, annuity, or life insurance payments; gifts or inheritances; or whether he has any other sources of income.  Nor does he state the amount of money he has in any banking account or whether he currently owns an automobile.  He does not answer whether he owns real estate, stocks, bonds, security, trusts, jewelry, art work or other things of value.  And he does not answer question six regarding regular monthly expenses or question eight regarding other debts or financial obligations.

For these reasons, the Court denies Plaintiff's second application to proceed in district court without prepaying fees or costs.  If he seeks to continue this action, he shall pay the full $405 filing fee within 21 days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's second application to proceed in district court without prepayment of fees and costs is **DENIED**.  Doc. [7]

**IT IS FURTHER ORDERED** that if Plaintiff seeks to continue this action he shall pay the $405 filing fee within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** that if Plaintiff does not comply with this Order, this action will be dismissed without prejudice and without further notice.

Dated this 26th day of June, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

2