**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRUCE ANTHONY HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-00370-MTS |
| | ) | |
| CITY OF ST. LOUIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Renewed and Expedited Motion for Appointment of Pro Bono Counsel. Doc. [41]. After careful consideration and review of the filings in this case, the Court declines to appoint counsel in this case at this juncture. Earlier in this case, Judge Autrey concluded that appointment of counsel was not warranted at that time. Doc. [6]. The undersigned agrees. Plaintiff continues to demonstrate his ability to litigate this case, and neither the factual nor the legal issues in this case appear to be complex. With these primary conclusions in mind, along with the consideration of the other proper factors, the Court will again deny Plaintiff's request for counsel. *See Patterson v. Kelley*, 902 F.3d 845, 850 (8th Cir. 2018) (listing factors district courts should consider); *Ward v. Smith*, 721 F.3d 940, 942 (8th Cir. 2013) (per curiam) (explaining self-represented litigants do not have a "constitutional or statutory right to appointed counsel"); *see also Wishneski v. Andrade*, 572 F. App'x 563, 570 (10th Cir. 2014) ("Appointment of counsel in civil cases is the rare exception, not the rule.").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Renewed and Expedited Motion for Appointment of Pro Bono Counsel, Doc. [41], is **DENIED** without prejudice.

Dated this 3rd day of November 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE